|  |  |
|---|---|
| ROSS PEPPER, et al., | Case No. LA CV19-06022 JAK (MAAx) |
| Plaintiffs, | **ORDER RE STIPULATION OF DISMISSAL OF DEFENDANT FEDERAL AVIATION ADMINISTRATION AND REMAND OF CASE (DKTS. 11, 12 (CORRECTED))** |
| v. | |
| SAN LUIS OBISPO COUNTY REGIONAL AIRPORT, et al., | |
| Defendant. | **JS-6 (CASE REMANDED)** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 1 | Based on a review of the Stipulation of Dismissal of Defendant Federal Aviation Administration and Remand of Case ("Stipulation" (Dkt. 11)), as corrected by the Notice of Erratum Regarding Stipulation to Dismiss (Dkt. 12), good cause has been shown. Therefore, the relief requested by the Stipulation is **GRANTED**. |

Based on a review of the Stipulation of Dismissal of Defendant Federal Aviation Administration and Remand of Case ("Stipulation" (Dkt. 11)), as corrected by the Notice of Erratum Regarding Stipulation to Dismiss (Dkt. 12), good cause has been shown. Therefore, the relief requested by the Stipulation is **GRANTED**.

It is Ordered that this action is **DISMISSED WITHOUT PREJUDICE** only as to Defendant Federal Aviation Administration, and that the action is then **REMANDED** to the Superior Court of California for the County of San Luis Obispo, 1035 Palm Street, Room 385, San Luis Obispo, CA 93408 (Case No. 19CV-0343). Each party is to bear its own costs and fees with respect to the proceedings before this Court.

IT IS SO ORDERED.

Dated: August 23, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE